# United States Court of Appeals for the Fifth Circuit

No. 25-30036
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 18, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

TRENTIN DEMOND PARKS,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CR-173-1

Before JONES, RICHMAN, and DUNCAN, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Trentin Demond Parks has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Parks has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-30036

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.